within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. —. Ex parte Rudolph Dreksler. See *ante,* p. 672.

No. 232. Puerto Rico Cement Corp. *v.* Royal Indemnity Co. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. L. E. Dubon* for petitioner. *Mr. Roscoe Walsworth* for respondent. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Abraham J. Harris* filed a brief on behalf of the United States, as *amicus curiae,* in opposition.

No. 262. Wilson et al. *v.* Shaffer et al. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George Bayard Jones* for petitioners. *Mr. V. C. Shuttleworth* for respondents.

No. 347. George W. Luft Co., Inc. *v.* Zande Cosmetic Co., Inc. et al. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles H. Tuttle* and *Gerald J. Craugh* for petitioner. *Mr. S. Mortimer Ward, Jr.* for respondents.

No. 376. Procter *v.* Commissioner of Internal Revenue. October 23, 1944. Petition for writ of cer-